Clerk's Office
Filed Date:

01/22/2021

U.S. DISTRICT
COURT
EASTERN
DISTRICT OF
NEW YORK
BROOKLYN
OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
EDWARD COHEN,

          Plaintiff,

          -against-

LYONDELLBASELL INDUSTRIES N.V.,

          Defendant.
------------------------------------------------------------ X

JUDGMENT
19-CV-2622(EK)(SMG)

      An Order of Honorable Eric Komitee, United States District Judge, having been filed on September 30, 2020, adopting in part and modifying in part, the Report and Recommendation of Magistrate Judge Steven M. Gold, dated June 23, 2020, denying Plaintiff's motion for attorneys' fees and costs; it is

      ORDERED and ADJUDGED that Plaintiff's motion for attorneys' fees and costs is denied.

Dated: Brooklyn, NY
       January 22, 2021

Douglas C. Palmer
Clerk of Court

By: /s/Jalitza Poveda
      Deputy Clerk